Torina A. COLLIS, Plaintiff—
Appellant,

v.

UNITED STATES Of America; Federal Bureau of Investigation; Gina Simms, Assistant United States Attorney, individually; Desiree Skinner, Assistant United States Attorney, individually, Defendants—Appellees.

Torina A. Collis, Plaintiff—Appellant,

v.

United States of America; Federal Bureau of Investigation; Gina Simms, Assistant United States Attorney, Individually; Desiree Skinner, Assistant United States Attorney, individually, Defendants–Appellees.

Nos. 07–1872, 08–1191.

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 3, 2009.

Torina A. Collis, Appellant Pro Se. Alex Gordon, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Torina A. Collis appeals the district court's orders dismissing her civil action and denying her motion to file a second amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Collis v. United States,* 498 F.Supp.2d 764 (D. Md.2007); No. 8:05–cv–03066–RWT (Jan. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*